# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  TISHIA L. MAYFIELD                                         Case Number: 06-70812
        4021 MILA AVENUE                    SSN-xxx-xx-2662
        ROCKFORD, IL  61101

                                                         Case filed on:        5/11/2006
                                                         Plan Confirmed on:     8/21/2006
                                    D Dismissed

Total funds received and disbursed pursuant to the plan: $3,000.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | TISHIA L. MAYFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | HEIGHTS FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ASSOCIATED COLLECTORS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BALLY TOTAL FITNESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BUSINESSMEN'S COLLECTION BUREAU | 433.74 | 433.74 | 13.99 | 0.00 |
| 006 | CENTRIX FINANCIAL LLC | 11,647.42 | 11,647.42 | 375.67 | 0.00 |
| 007 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HEIGHTS FINANCE | 2,328.63 | 2,328.63 | 75.10 | 0.00 |
| 010 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | JP MORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | META BANK | 639.72 | 639.72 | 20.63 | 0.00 |
| 013 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,110.36 | 1,110.36 | 35.82 | 0.00 |
| 014 | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NEXTEL COMMUNICATIONS INC | 689.75 | 689.75 | 22.25 | 0.00 |
| 017 | NICOR GAS | 615.21 | 615.21 | 19.85 | 0.00 |
| 018 | PROFESSIONAL CREDIT SERVICE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD MERCANTILE AGENCY INC | 271.00 | 271.00 | 8.74 | 0.00 |
| 020 | ROYCE FINANCIAL | 390.00 | 390.00 | 12.58 | 0.00 |
| 021 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 380.61 | 380.61 | 12.28 | 0.00 |
| 026 | B-LINE LLC | 890.71 | 890.71 | 28.72 | 0.00 |
|  | Total Unsecured | 19,397.15 | 19,397.15 | 625.63 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 21,597.15 | 21,597.15 | 2,825.63 | 0.00 |

Total Paid Claimant:      $2,825.63
Trustee Allowance:          $174.37          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       3.23      discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                    _/s/ Lydia S. Meyer_____
                                    Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 01/23/2009          By _/s/Heather M. Fagan